RANKERS LIFE COMPANY OF DES MOINES, IOWA, appellant, v. Margaret C. ALVAREZ, Individually and as Independent Executrix of the Estate of John A. Alvarez, Deceased, Appellee.

No. 10392.

Circuit Court of Appeals, Fifth Circuit.

Nov. 27, 1942.

Rehearing Denied Feb. 4, 1943.

Frank G. Dyer, of Houston, Tex., for appellant.

Larry W. Morris, of Houston, Tex., for appellee.

Before HOLMES and McCORD, Circuit Judges, and STRUM, District Judge.

PER CURIAM.

The judgment appealed from in this case is affirmed.

Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. G. Harold GILLAN.

SAME v. Lee E. GILLAN.

SAME v. Samuel W. GILLAN.

Nos. 12448–12450.

Circuit Court of Appeals, Eighth Circuit.

Oct. 8, 1942.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Harold J. Requartte, of Lincoln, Neb., for respondents.

PER CURIAM.

Petitions to review decisions of United States Board of Tax Appeals docketed and dismissed, on motion of petitioner and consent of respondents.